**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| Griffith | * | |
| Plaintiff, | * | Case No. 2:17-cv-743 |
| v. | * | Judge James Graham |
| Discover Products, Inc, *et al* | * | Magistrate Judge Elizabeth Preston Deavers |
| Defendant. | * | |

### **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Now comes Plaintiff Renita Griffith, by and through the undersigned counsel, to hereby give the Court notice of dismissal without prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) of her claims against Defendants Discover Products, Inc. and Discover Financial Services in the above-captioned matter.

Respectfully submitted,

/s/ *Matthew J.P. Coffman*
Matthew J.P. Coffman (0085586)
**Coffman Legal, LLC**
1457 S. High St.
Columbus, Ohio 43207
Telephone: (614) 949-1181
Facsimile: (614) 386-9964
Email: mcoffman@mcoffmanlegal.com

/s/ *Daniel I. Bryant*
Daniel I. Bryant (0090859)
**BRYANT LEGAL, LLC**
1457 S. High St.
Columbus, Ohio 43207
Telephone: (614) 704-0546
Facsimile: (614) 573-9826
Email: dbryant@bryantlegalllc.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 31, 2017 a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to counsel of record of all parties.

                                    */s/ Matthew J.P. Coffman*
                                    Matthew J.P. Coffman